■

ZENITH-GODLEY Co., INC., et al. v. T. T. WILEY, as Acting Traffic Commissioner of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See 279 App. Div. 498.]

■

IRVING I. ERDHEIM et al., Judgment-Creditors-Respondents, v. ELIZABETH K. MABEE, Judgment Debtor. CITY BANK FARMERS TRUST COMPANY, as Co-trustee under the Will of THOMAS J. RYAN, Deceased, Third-Party Appellant, et al., Third Party.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 279 App. Div. 988; 281 App. Div. 659.]

■

CHRYSTAL S. DUNNINGER v. JOSEPH DUNNINGER.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan and Heffernan, JJ. [See 279 App. Div. 1003.]

■

COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. WILAKA CONSTRUCTION COMPANY, INC., et al., Defendants, and LIPSKY & ROSENTHAL, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1043.]

■

ALL CONTINENT CORPORATION, Appellant, v. PAPPY'S, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Shientag, JJ. [See 279 App. Div. 991.]

■

ALL CONTINENT CORPORATION, Appellant, v. PAPPY'S, INC., et al., Respondents.— Motion for modification denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Shientag, JJ. [See 279 App. Div. 991.]

■

JOSEPH ULLMANN BROKERAGE CORP. v. ROLAND ZIMBAL et al., Copartners Doing Business under the Name of SAUK TRAIL MINKERY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan and Heffernan, JJ. [See ante, p. 130.]

■

GRAYSON-ROBINSON STORES, INC., v. SAM COURTNEY et al., Individually and as Copartners Doing Business under the Name of COURTNEY TRUCKING COMPANY.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 1007.]